ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

J. H. Parker Construction Company, Inc. 04- 471C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Thomas W. Prewitt

Firm Name: Thomas W. Prewitt P.A.

Post Office Box: Post Office Box 2327

Street Address: 7720 Old Canton Road, Suite A

City-State-Zip: Madison, Mississippi 39130-2327

Telephone & Facsimile Numbers: Phone: 601-427-2327; Fax: 601-427-2330

E-mail address: tom@tomprewitt.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes, April 24, 1981

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ Convert a Fault Termination to a No Fault Termination

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003