IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-471C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of three days, to and including July 15, 2004, within which the parties may file their joint preliminary status report ("JPSR"). The JPSR is due on July 12, 2004. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, J.H. Parker Construction Company, Inc. ("Parker") has authorized us to state that Parker does not oppose this motion.

Counsel for the United States apologizes to the Court for the late filing of this motion. Until today, Monday, July 12, 2004, counsel anticipated making a timely filing of the JPSR. Most of the JPSR is completed. Only a small portion remains to be drafted, and counsel anticipated that it could be drafted on July 12th (the day that agency counsel returns from vacation). However, an unexpected order received on Friday afternoon has created an immediate and inflexible deadline. Accordingly, counsel did not learn until late Friday that he would be unable to timely file the JPSR in this case.

The full three days requested is needed. Certain documents must be reviewed by counsel for the United States, and certain consultations with agency counsel must also occur, before the draft JPSR can be completed. In addition, time for review by counsel for the agency and by supervisors at the Department of Justice is needed.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

July 12, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 12, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier