# In the United States Court of Federal Claims

No. 04-471C
(Filed: July 27, 2004)

| | |
|---|---|
| **J.H. PARKER CONSTRUCTION COMPANY, INC.,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

**ORDER**

In response to the parties' request contained in their Joint Preliminary Status Report filed July 15, 2004, this case is hereby STAYED until March 31, 2005. This stay is intended to give the parties time to pursue an audit by the Defense Contract Audit Agency. Parties shall file a status report on or before March 4, 2005 detailing the progress made towards preparation for filing summary judgment motions and/or trial.

S/Chief Judge Edward J. Damich