# In the United States Court of Federal Claims

No. 04-471C
(Filed: August 17, 2004)

******************************************

**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

******************************************

**ORDER**

In addition to allowing time for an audit by the Defense Contract Audit Agency, which was contemplated in this Court's July 27, 2004 order, additional discovery that was jointly proposed by the parties is hereby ORDERED. The schedule for this discovery is as follows:

| | |
|---|---|
| February 24, 2005: | Deadline to serve requests pursuant to Rules of the Court of FederalClaims (RCFC) 31, 33, 34, and 36. |
| March 31, 2005: | Fact discovery closes. |
| April 29, 2005: | Deadline for disclosure of testifying experts and other information as required by RCFC 26(a)(2). |
| May 31, 2005: | Deadline for disclosure of rebuttal experts and expert reports. |
| July 15, 2005: | Close of all expert discovery. |
| September 16, 2005: | Deadline for filing dispositive motions. |

A status conference will be held after September 16, 2005 on a date to be determined.

S/Chief Judge Edward J. Damich