# In the United States Court of Federal Claims

No. 04-471C
(Filed: October 1, 2004)

*******************************************
**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*******************************************

**ORDER**

In response to Plaintiff's August 17, 2004 unopposed Motion to Lift Stay in this case, the Court hereby GRANTS Plaintiff's motion and lifts the stay. The parties are ORDERED to proceed according to the Scheduling Order entered by this Court on August 17, 2004.

S/ Edward J. Damich
Edward J. Damich
Chief Judge