# In the United States Court of Federal Claims

No. 04-471C
(Filed: March 4, 2005)

**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

## ORDER

There is a joint status report due in this case on March 4, 2005. The parties have informally sought a two week enlargement of time from the Court to file the status report. The Court has been informed that because of an extended absence of counsel due to illness, very little discovery has taken place. The parties agree that due to the lack of activity in this case, it is unlikely that the current discovery schedule deadlines can be met.

In view of the foregoing, the Court hereby ORDERS the following:

(1) The request for a two week enlargement is GRANTED. The joint status report due on March 4, 2005, will be accepted as timely if filed no later than March 18, 2005.

(2) The joint status report now due on March 18, 2005, shall include, in addition to the general status of the case, a proposed modified discovery schedule.

s/ Edward J. Damich
Edward J. Damich
Chief Judge