IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC. CONSTRUCTION COMPANY, Plaintiff, | ) | Case No. 04-417C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

COMES NOW the Plaintiff, J.H. Parker Construction Company, Inc., ("Plaintiff"), by counsel, and pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, hereby moves this Court for leave to substitute its "Attorney of Record" to the following:

Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029

An "Affidavit of Appointment" is attached hereto and the endorsement of the previous Attorney of Record, Thomas W. Prewitt, Esquire, is recorded herewith.

The undersigned is authorized to represent that counsel for the Government consents to the requested substitution of counsel.

WHEREFORE, the Plaintiff respectfully requests this Court to grant leave to substitute its Attorney of Record.

Dated this 17th day of March, 2005.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

s/Carter B. Reid
Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029
Attorney of Record

FORMERLY ATTORNEY OF RECORD

s/Thomas W. Prewitt *by s/Carter B. Reid*
Thomas W. Prewitt, Esquire
7720 Old Canton Road, Suite A
Madison, Mississippi 39130-2327
Tel. No.: (601) 427-2327
Fax No.: (601) 427-2330

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC. CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 04-417C<br>(Chief Judge Damich) |

**AFFIDAVIT OF APPOINTMENT**

COMMONWEALTH OF VIRGINIA )
) ss.
COUNTY OF FAIRFAX )

I, CARTER B. REID, do hereby attest to the following:

1. I am an attorney practicing at the law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. and a member of the bar of this Court.

2. The law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. has been retained to act on behalf of the Plaintiff in the instant action.

3. THOMAS W. PREWITT was previously Attorney of Record for the Plaintiff in the instant action. I now have been appointed by the Plaintiff to appear as its Attorney of Record.

4. I hereby request that I substitute as Attorney of Record in the instant action.

Dated this 17th day of March 2005.

Respectfully submitted,

Carter B. Reid

SIGNED AND SWORN TO before me this 17th day of March 2005.

Notary Public

My Commission Expires: MY COMMISSION EXPIRES MAY 31, 2006