IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-471C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated March 4, 2005, the parties respectfully submit the following status report.

Currently, there are no claims for money damages before the Court. Both parties anticipate seeking money damages. Accordingly, the parties seek further time for discovery and other activities.

The plaintiff, JH Parker Construction Company, Inc. ("Parker"), anticipates filing a claim for damages in the near future. The United States agrees that, as a practical matter, it would be in the parties' interest to resolve all issues related to the termination for default in a single lawsuit. However, certain jurisdictional matters must be carefully reviewed before the United States takes a position regarding the authority of the contracting officer to review such a claim. Both parties anticipate that Parker will submit its claim, and, if the claim is denied, will appeal to this Court and seek to have its damages claim consolidated into this case regardless of the outcome of the review conducted by the United States.

The United States anticipates that a claim for reprocurement costs is likely to be made by the contracting officer this summer. By regulation, no such claim can be made until the reprocurement work is completed. Such work is not expected to be completed before early June.

I. Progress Made In The Case

The parties have gathered voluminous documents. Documents are expected to be exchanged shortly. By agreement between the parties, the United States has kept certain documents in its possession until Parker could effect a change of counsel.

The parties have also exchanged lists of potential witnesses. Depositions have not yet begun.

Experts have not yet been hired. Both parties anticipate that experts will be hired for each party. However, the parties also anticipate that the work of the experts will necessarily be somewhat limited until damages claims come within the jurisdiction of this Court.

II. Proposed Discovery Plan

The parties respectfully propose the following schedule for pretrial activities.

1. Fact discovery should be completed by October 17, 2005. All requests pursuant to RCFC 31, 33, 34 and 36 served after September 16, 2005 shall be deemed untimely.

2. The party with the burden of proof regarding an issue

shall disclose its testifying experts, the information required by RCFC 26(a)(2), and all expert reports by November 1, 2005.

3. All rebuttal experts, required information, and expert reports shall be disclosed by December 1, 2005.

4. All expert discovery shall be completed by December 15, 2005.

5. Summary judgment motions, if any, shall be filed by January 18, 2006.

6. A status conference shall be held on or about January 25, 2006 to discuss the status of the case, and to establish any necessary pretrial schedule.

Respectfully submitted,

S/ Thomas W. Prewitt
by S/ Carter Reid
THOMAS W. PREWITT
7720 Old Canton Road
Suite A
Madison, MS 39110
Tele: 601-427-2327
Fax: 601-427-2330

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 18, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 18, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier