# In the United States Court of Federal Claims

No. 04-471C
(Filed: April 15, 2005)

****************************************
**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

In a status report filed on March 18, 2005, the parties indicated that they each intend to seek money damages. According to the status report, Plaintiff anticipates filing a claim for damages with the Contracting Officer in the near future. If that claim is denied, it will appeal to this Court and seek to have the damages claims consolidated into this case regardless of the outcome of any Defense Contract Audit Agency audit. The parties have also indicated that the government anticipates bringing a claim for reprocurement costs. However, by regulation this claim cannot be made until the reprocurement work is completed sometime this summer.

Because it would serve the interests of judicial economy to deal with all of these issues within a single proceeding, the parties proposed pushing back the discovery schedule to accommodate conducting discovery on the damages claims and the improper termination claim concurrently. The Court agrees that revising the discovery schedule will serve the interest of judicial economy and therefore adopts the following revised discovery schedule in this case:

(1) Fact discovery shall be completed on or before October 17, 2005. All requests pursuant to RCFC 31, 33, 34, and 36 served after September 16, 2005, shall be deemed untimely.

(2) The party with the burden of proof on an issue shall disclose its testifying experts, the information required by RCFC 26(a)(2), and all expert reports shall be disclosed on or before November 1, 2005.

(3) All rebuttal experts, required information, and rebuttal expert reports shall be disclosed on or before December 1, 2005.

(4) All expert discovery shall be completed on or before December 15, 2005.

(5) Summary judgment motions, if any, shall be filed on or before January 18, 2006.

(6) A status conference shall be held on January 26, 2006, at 10:00 AM Eastern Time, to discuss the status of the case and to establish any necessary pretrial schedule. The parties shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge