IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-471C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 180 days to all dates in the current schedule. The current schedule is set forth in an order, dated April 15, 2005. This is the first motion for this purpose. Counsel for the plaintiff, J.H. Parker Construction Company, Inc. ("Parker"), has authorized us to state that Parker does not oppose this motion.

Counsel for the parties have worked together in a spirit of cooperation, and have made progress during this summer. Many documents have been exchanged, and where document production has not been complete, the parties have agreed upon a process to expedite the completion of the document exchange. The United States has hired a schedule expert, and his work has begun. Parker has informed us that it has nearly completed a claim for damages. Prior to the arrival of Hurricane Katrina, the Franklin County Dam project was nearing completion, and the United States

anticipated making a claim for reprocurement costs against Parker (and so, against the surety). However, even before the arrival of Hurricane Katrina, progress in the litigation was not quite what the parties had hoped when the schedule was proposed to the Court last spring.

The contract at issue in this case concerns a dam in Franklin County, Mississippi -- not far from the coast of the Gulf of Mexico. Since Hurricane Katrina arrived, neither counsel has been able to contact relevant personnel in Franklin County. Both counsel anticipate that the people in Franklin County will have other concerns in addition to this litigation during the coming weeks.

The full enlargement requested is needed. The parties are endeavoring to resolve all issues related to this case, including damages, in one proceeding. At this time, no damages issues are within the scope of the case. Furthermore, additional time is needed for discovery. Accordingly, we respectfully request the following schedule:

1. Fact discovery should be completed by April 13, 2006. All requests pursuant to RCFC 31, 33, 34 and 36 served after March 13, 2006 shall be deemed untimely.

2. The party with the burden of proof regarding an issue shall disclose its testifying experts, the information required

by RCFC 26(a)(2), and all expert reports by April 28, 2006.

3. All rebuttal experts, required information, and expert reports shall be disclosed by May 30, 2006.

4. All expert discovery shall be completed by June 14, 2006.

5. Summary judgment motions, if any, shall be filed by July 14, 2006.

6. A status conference shall be held on or about July 24, 2006 to discuss the status of the case, and to establish any necessary pretrial schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 6, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 8, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier