# In the United States Court of Federal Claims

No. 04-471C
(Filed: September 13, 2005)

****************************************
*
**J.H. PARKER CONSTRUCTION COMPANY, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On September 8, 2005, Defendant filed an Unopposed Motion for an Enlargement of Time requesting a 180-day enlargement to complete discovery. After reviewing Defendant's Motion, the Court concluded that, while some discovery has been completed, the parties have not proceeded as diligently as expected. Although this Court is reluctant to grant extensions thereby encouraging dilatory behavior, in light of the circumstances presented and the fact that the Motion is unopposed, this Court Grants Defendant's Motion. In this regard, however, the parties are expected to be proactive in their discovery pursuits and to comply with this Order, as this Court is not inclined to grant additional extensions.

In view of the foregoing, the Court hereby ORDERS the following:

1. The parties shall submit a Joint Status Report on **January 30, 2006**, in which they will report on the status of discovery, including a detailed discussion of completed discovery and an outline of intended discovery with corresponding dates. In addition, the parties shall continue to keep this Court informed of the status of discovery through the submission of detailed Joint Status Reports on the following dates: **March 13, 2006**, and **May 15, 2006**.

2. The parties shall complete fact discovery by **April 13, 2006.** All requests pursuant to RCFC 31, 33, 34 and 36 that are served after March 13, 2006, shall be deemed untimely.

3. The party with the burden of proof regarding an issue shall disclose its testifying experts and RCFC 26(a)(2) information by **April 28, 2006.**

4. The parties shall disclose all rebuttal experts and RCFC 26(a)(2) information by **May 30, 2006**.

5. The parties shall complete all expert discovery by **June 14, 2006.**

6. The parties shall submit a Joint Status Report by **June 28, 2006**, in which they inform this Court of the status of the case and any outstanding issues that need to be resolved, including the possibility of filing Motions for Summary Judgment.

7. A telephonic status conference shall be held on or about **July 12, 2006, at 10:30 AM** to discuss the issues addressed in the Joint Status Report and to establish any necessary pretrial schedule. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present.

8. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge