# In the United States Court of Federal Claims

No. 04-471C
(Filed: February 22, 2006)

****************************************

**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

**ORDER**

On February 21, 2006, the parties by telephone indicated to the court their desire to proceed with trial in the summer of 2006. Before the court may set a trial date, however, the parties shall file a joint status report ("JSR") on or before **March 20, 2006**, wherein they inform the court on the status of discovery, including a statement as to the discovery that must still be completed, if any. In addition, in the status report the parties shall propose a Draft Trial Preparation Order, as posted on the court's website under the biography of the undersigned.

A telephonic status conference shall be held on **April 4, 2006 at 11 a.m.** to discuss the issues addressed in the JSR. Counsel for the parties shall contact Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference to provide her with a telephone number where they can be reached at the time of the conference. The status conference will be audio recorded unless counsel for either party requests that a reporter be present. Such a request must be made at least five business days prior to the conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge