# In the United States Court of Federal Claims

No. 04-471C
(Filed: March 3, 2006)

*******************************************
**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*******************************************

**ORDER**

On March 2, 2006, Plaintiff filed an Unopposed Motion for an Enlargement of Time requesting an extension of the current discovery schedule. The court hereby GRANTS Plaintiff's unopposed motion with a few modifications and ORDERS the following:

1. The parties shall complete all fact discovery by **June 12, 2006.** All requests pursuant to RCFC 31, 33, 34, and 36 that are served after May 11, 2006, shall be deemed untimely.

2. The party with the burden of proof regarding an issue shall disclose its testifying experts and RCFC 26(a)(2) information by **June 27, 2006.**

3. The parties shall disclose all rebuttal experts and RCFC 26(a)(2) information by **July 31, 2006.**

4. The parties shall complete all expert discovery by **August 21, 2006.**

5. The parties shall file a joint status report on or before **September 4, 2006**, wherein they inform the court of the status of discovery and how they propose to proceed.

6. A telephonic status conference will be held on **September 19, 2006**, **at 11 a.m.** to discuss the issues addressed in the joint status report. The parties shall contact Shirley Scott at (202) 357-6483 on the day before to provide the telephone numbers

where they can be reached at the time of the conference. The conference will only be audio-recorded unless either party requests that a reporter be present. Such a request must be made at least five business days prior to the conference.

The deadlines ordered herein shall be firm, unless the parties present a detailed showing of exceptional circumstances.

s/ Edward J. Damich
Edward J. Damich
Chief Judge