NAME: **J.H. PARKER v. UNITED STATES** NUMBER: **04-471C**

## DEFENDANT'S EXHIBITS (Updated 3.15.06)

| Page Nos. | Description of Exhibit | Location | Status | Date |
|---|---|---|---|---|
| JD-1 thru JD-955 | Janice Dempsey Documents | USDA/NRC<br>George Washington Carver Center<br>5601 Sunnyside Avenue, Beltsville, MD 20705-5000 | rec'd, copied, & distributed | |
| Eng.8/04 thru Eng.8/0 4-431 | Engineering Files | Natural Resources Conservation Services (NRCS)<br>Office in Jackson<br>Suite 1321, McCoy Federal Building<br>100 West Capitol Street, Jackson, MI 39269 | rec'd copied and distributed | 8/04 |
| FCDP-2 thru FCDP-275 | Franklin County Dam Project Documents | Natural Resources Conservation Services (NRCS)<br>Office in Jackson<br>Suite 1321, McCoy Federal Building<br>100 West Capitol Street, Jackson, MI 39269 | rec'd copied and distributed | |
| 72704-1 thru 72704-1925 | Job Diaries | Hattiesburg Project Engineer Office<br>113 Fairfield, Drive, P.O. Box 15519<br>Hattiesburg, MI 29404 | rec'd copied and distributed | |

| | | | | | |
|---|---|---|---|---|---|
| BI-1<br>thru<br>BI-1784 | ENG Geologic Report and<br>Supportive Data<br>(Bill Irwin Document's) | Natural Resources Conservation Service<br>National Headquarters<br>Washington, DC 20013 | rec'd,<br>copied &<br>distributed | | |
| DM-1<br>thru<br>DM-1076 | Soil Mechanics Reports for<br>Franklin County Lake<br>Homochito National Forest<br>(Danny McCook Documents) | NRCS Ft. Worth Federal Center<br>501 West Felix Street, Bldg., 23<br>Fort Worth, Texas 76115 | rec'd &<br>copied, &<br>distributed | | |
| NP-1<br>thru<br>NP-<br>12716 | Norman Patterson<br>(Danny Nelson, retired;<br>Ray Oliver, Michael Greene<br>are all included in Patterson's<br>documents.) | Hattiesburg Project Engineer Office<br>113 Fairfield, Drive, P.O. Box 15519<br>Hattiesburg, MI 29404 | rec'd<br>copied &<br>distributed | | |
| | Don Shanklin | Documents are included with Danny<br>McCook | | | |
| | William Wallace | Documents are included with Danny<br>McCook | | | |
| SR-1<br>thru<br>SR-844 | Steve Reinsch | Sending Document Overnight for Friday<br>Delivery (7/8/05) | rec'd,<br>processing<br>will be<br>distributed<br>8/2/05 | | 7/8/05 |

| | | | | | |
|---|---|---|---|---|---|
| | George E. Miller (retired) | Office of the Inspector<br>P.O. Box 181<br>Coffeeville, MI 38922 | No Documents | | |
| SPEI - 001 thru 1810 | Spencer Engineers, Inc | Spencer Engineers, Inc.<br>P.O. Box 4328<br>Jackson, MS 39216 | rec'd copied & distributed | | |
| SE-001 thru 1629 | Schnabel Engineering South, LLC | Schnabel Engineering South, LLC<br>5975 Shiloh Road, Suite 114<br>Alpharetta, GA 30005 | rec'd copied & distributed | | |
| PM-001 thru 1169 | Puckett Machinery- William Farlow | Puckett Machinery<br>3263 Highway 80 West<br>Jackson, MS 39207 | rec'd copied & distributed 3/15/06 | | |
| HS-001 thru 0891 | Harry Sims | Harry Sims<br>5571 Masedonia Road<br>Houlka, MS 38850 | rec'd copied & distributed 3/15/06 | | |
| FRM-001 thru | Franklin Ready Mix - Barry Tyson & Halford & Halford (lawfirm representing FRM - materials was from Mr. Halford that included FRM docs) | Franklin Ready Mix<br>70 Main Street,<br>Bude, MS 39630 | *rec'd copied & distributed **3/20/06** | | |

| | | | | | |
|---|---|---|---|---|---|
| MM-001 thru | Miller Materials - David Fowler | **Unable to locate documents pertaining to Parker due to water damage from Hurricane Katrina (records destroyed)** | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |