IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-471C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated July 24, 2006, the parties respectfully submit the following status report concerning the progress of settlement discussions.

Plaintiff, JH Parker Construction Company, Inc. ("Parker"), has made a settlement offer to the United States. Counsel for the United States has drafted a recommendation. The authorized representative of the Attorney General has not yet made a decision concerning Parker’s offer. A decision is likely within the next two weeks.

If the settlement is approved, the parties expect to execute a settlement agreement and submit that agreement to the Judgment Fund for payment. The parties do not anticipate filing a stipulation for dismissal until after any relevant payment is made. It is unlikely that this process will be completed before the end of October.

Some delay was introduced into the settlement process as a result of other professional obligations that counsel for the United States was required to attend to in August. Consequently,

counsel did not complete his recommendation regarding the settlement of this case until September.

On July 31, 2006, counsel filed an informal brief in DiMaggio v. USPS, 2006-3247 (Fed. Cir.), a joint motion to dismiss the complaint in Kola Nut Travel, Inc. et al v. United States, No. 05-1027C (Fed. Cl.), and a joint status report in CPN Cascade, Inc. v. United States, No. 05-1316C (Fed. Cl.). On August 1, 2006, counsel sent forward a memorandum for the Solicitor General in connection with a recent decision, Gose v. United States Postal Service, 451 F.3d 831 (Fed. Cir. 2006). During the remainder of that week, counsel worked on a new draft of a formal brief in Harper v. DVA, 2006-7167 (Fed. Cir.).

On August 7, 2006, counsel drafted a motion to dismiss Jimmie Lee Lazenberry v. United States, No. 06-561C (Fed. Cl.). On August 8, 2006, counsel defended a deposition in HM2 Corporation v. United States, No. 05-551C (Fed. Cl.). On August 10, 2006, counsel filed a response to a motion to recaption DeMaggio v. USPS, 2006-3247 (Fed. Cir.). On August 14, 2006, counsel began a cross motion for summary judgment in Jacobs Engineering Group, Inc. v. United States, 02-1500C (Fed. Cl.).

On August 17, 2006, counsel attended a meeting at the offices of the Solicitor General in connection with the Gose case, and he filed an informal brief in Wilson v. Department of Homeland Security, 2006-3276 (Fed. Cir.). From August 18, 2006

through August 22, 2006, counsel was away from the office on annual leave.

On August 21, 2006, counsel filed a formal brief in the Harper case. On August 29, 2006, counsel attended a status conference in Arco Management Corp. v. United States, No. 04-1782C (Fed. Cl.). On August 30, 2006, counsel filed a petition for panel rehearing in the Gose case. On August 31, 2006, counsel filed an informal brief in Meyer v. OPM, 2006-3300 (Fed. Cir.). On August 31, 2006 and September 1, 2006, counsel was ill and away from the office.

Counsel was away from the office attending to the medical needs of a family member on September 8, 2006. By September 14, 2006, counsel had completed a draft of a motion for summary judgment in Shirley M. Priest v. United States, No. 06-346C (Fed. Cl.); this motion and accompanying papers were filed on September 20, 2006.

During September, counsel has also drafted the recommendation regarding settlement in this case, and he has completed drafting a cross motion for summary judgment in the Jacobs case.

In addition, counsel has attended to numerous, smaller matters.

The parties recommend that another joint status report be filed on November 17, 2006, if the case has not been dismissed before that date.

Respectfully submitted,

S/ Carter Reid
CARTER REID
Watt, Tieder, Hoffar
& Fitzgerald
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tele: (703) 749-1028
Fax: (703) 893-8029

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

Attorneys for Defendant

September 25, 2006

CERTIFICATE OF FILING

I hereby certify that on September 25, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier