# In the United States Court of Federal Claims

No. 04-471C
(Filed: September 28, 2006)

****************************************
**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On September 25, 2006, the parties filed a joint status report ("JSR") on the status of settlement negotiations, pursuant to the Court's order of July 24, 2006 staying the case. That stay was entered upon the recommendation in Plaintiff's unopposed Motion to Stay Proceedings, filed on July 21, 2006, that counsel for Defendant would be recommending approval of Plaintiff's settlement offer. In the latest JSR, counsel for Defendant has reported that his recommendation was not made until September, but that "a decision is likely within the next two weeks." The Court is pleased that a recommendation has finally been made to an authorized representative of the Attorney General and that, despite counsel's busy schedule, the parties are moving forward towards settlement.

As requested by the parties, it is hereby ORDERED that the parties file a JSR on or before **November 17, 2006**, regarding the progress of settlement negotiations, unless a stipulation of dismissal has already been filed.

The Court wants to remind the parties, however, that it is generally not inclined to grant a stay of proceedings for the purposes of settlement negotiations beyond 90 days. Accordingly, the parties shall thereafter bear the burden of persuading the Court that the stay should not be lifted and the case should not proceed concurrently with settlement negotiations. Therefore, the JSR shall disclose, with specificity (e.g., dates, places, participants) the steps taken by the parties in pursuit of settlement to date, including the date in September when counsel for the United States submitted his recommendation to the Attorney General's office, as well as the steps the parties intend to take in continued pursuit of settlement.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge