IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-471C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated September 28, 2006 ("Order"), the parties respectfully submit the following status report concerning the progress of settlement discussions.

Plaintiff, JH Parker Construction Company, Inc. ("Parker"), has made a settlement offer to the United States. The authorized representative of the Attorney General has accepted Parker's offer.

Pursuant to their agreement, the parties will file a stipulation for dismissal after certain obligations have been met. The parties recommend that another joint status report be filed on December 15, 2006, if the case has not been dismissed before that date.

Pursuant the Order, the parties respectfully submit the following detailed chronology of events related to settlement discussions.

On or about September 19, 2006, a first draft of a memorandum recommending settlement was submitted to a supervisor. In early October, it was determined that additional legal

research was required. By October 12, 2006, a second draft of the memorandum was completed, and a letter was sent to the agency describing the settlement offer. A few days later, the agency responded, and the second draft of the memorandum was submitted to a supervisor for review. Subsequently, a potential ambiguity in the offer was identified.

On October 24, 2006, counsel for the parties agreed that a settlement agreement could be drafted that would assure that the potential ambiguity was eliminated. A draft settlement agreement was provided to Parker on October 26, 2006. Subsequently, revisions were agreed, and a draft settlement agreement suitable for review by supervisors at the Department of Justice was finalized on November 1, 2006.

On November 2, 2006, Parker's offer was accepted by the authorized representative of the Attorney General.

The parties anticipate that a settlement agreement will soon be executed, and submitted to the Judgment Fund. Once payment is made in accordance with the terms of the settlement agreement,

the parties intend to file a joint stipulation of dismissal with prejudice.

Respectfully submitted,

S/ Carter Reid
CARTER REID
Watt, Tieder, Hoffar
& Fitzgerald
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tele: (703) 749-1028
Fax: (703) 893-8029

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

Attorneys for Defendant

November 3, 2006

CERTIFICATE OF FILING

I hereby certify that on November 3, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier