# In the United States Court of Federal Claims

No. 04-471C
(Filed: November 6, 2006)

| | |
|---|---|
| **J.H. PARKER CONSTRUCTION COMPANY, INC.**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On November 3, 2006, the parties filed a joint status report informing the Court that Plaintiff's settlement offer has been accepted by an authorized representative of the Attorney General. Accordingly, the parties anticipate that a settlement agreement will be executed shortly and submitted to the Judgment Fund. As the parties have requested, it is hereby ORDERED that a joint status report be filed on or before **December 15, 2006**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge