IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-471C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated November 6, 2006 ("Order"), the parties respectfully submit the following status report concerning the progress of settlement discussions.

A settlement agreement has been negotiated, and executed by the parties. A copy has been forwarded to the Judgment Fund, along with associated forms.

Pursuant to the terms of the settlement agreement, the parties will file a joint stipulation of dismissal with prejudice once payment has been made by the Judgment Fund.

Respectfully submitted,

S/ Carter Reid
CARTER REID
Watt, Tieder, Hoffar
& Fitzgerald
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tele: (703) 749-1028
Fax: (703) 893-8029

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

December 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 15, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier