IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-471C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

S/ Carter Reid
CARTER REID
Watt, Tieder, Hoffar
& Fitzgerald
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tele: (703) 749-1028
Fax: (703) 893-8029

Attorney for Plaintiff

January 31, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Authorized Representative
of the Attorney General

S/ James W. Poirier
JAMES W. POIRIER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 31, 2007 a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier